Honorable Katherine Forrest
United States District Court
Southern District Of New York

Docket#14-cv-10052(KBF)

Kevin Patrick Smith
        Plaintiff,

   VS:

N.Y.P.D. Detective Orongoes Badge#4078
Et. Al.
        Defendants

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/22/16

SCANNED

**OBJECTION TO NOTICE OF DEPOSITION**

THIS PLAINTIFF KEVIN PATRICK SMITH OBJECTS AND REFUSES TO BE QUESTIONED BY DETECTIVE ORONGOES AND LIEUTENANT BARONE ON MARCH 1 2016 At 10 am AT 100 CHURCH STREET NY NY OR ANYWHERE ELSE. PLAINTIFF REFUSES TO ANSWERE ANY OF THERE QUESTIONS, PLAINTIFF REFUSES TO BE RECORDED. THEY SHOULD OF ALREADY KNOWN THIS.

RESPECTFULLY, SUBMITTED

DATE: FEBRUARY 16, 2016

*Kevin Patrick Smith*

KEVIN PATRICK SMITH
441-15-02614
RIKERS ISLAND
RNDC   C-74
11-11 Hazen Street
= EaST ELMHURST, N.Y.
    11370